IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELLONESE BRASCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1015-MEF |
| | ) |
| AMERICAN BANKERS INSURANCE | ) |
| COMPANY OF FLORIDA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Compel Arbitration and Stay (Doc. #2) filed on November 13, 2006, it is hereby

ORDERED that the plaintiff file its response which shall include a brief and any evidentiary materials on or before January 5, 2007. The defendants may file a reply brief on or before January 12, 2007.

DONE this 15th day of December, 2006.

                                                 /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE