IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Mellonese Brascomb, | * |
| | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:06- cv-1015-MEF |
| | * |
| AMERICAN BANKERS INSURANCE | * |
| COMPANY OF FLORIDA, et al., | * |
| | * |
| Defendants. | * |

**CONSENT TO ARBITRATE**

Comes now the Plaintiff, Mellonese Brascomb, by and through her undersigned attorney and makes it known to the Court that there is no objection to this matter being resolved by means of arbitration and stayed pending the arbitration.

Respectfully submitted on this the 18th day of December, 2006.

MERRILL, HARRISON & ADAMS

/s/Samuel L. Adams
Samuel L. Adams (ADA017)
Attorney for Plaintiff
P.O. Box 1690
Dothan, Alabama 36302
(334) 792-0965
(334) 794-6889 (FAX)

**CERTIFICATE OF SERVICE**

This is to certify that on this 19th day of December, 2006, a true and correct copy of the foregoing was served

on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

Brandy R. Owens
400 North 20th Street
Birmingham, AL  35203

Rufus R. Smith, Jr.
P.O. Drawer 6629
Dothan, AL  36302

/s/Samuel L. Adams