**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

December 19, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Brascomb v. American Bankers Insurance Company of Florida**

**Case Number:    2:06-cv-01015-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document #4   filed on    December 18, 2006.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Mellonese Brascomb, | * |
| | * |
|     Plaintiff, | * |
| v. | * CASE NO. 2:06- cv-1015-MEF |
| | * |
| AMERICAN BANKERS INSURANCE | * |
| COMPANY OF FLORIDA, et al., | * |
| | * |
|     Defendants. | * |

**CONSENT TO ARBITRATE**

    Comes now the Plaintiff, Mellonese Brascomb, by and through her undersigned attorney and makes it known to the Court that there is no objection to this matter being resolved by means of arbitration and stayed pending the arbitration.

    Respectfully submitted on this the 18th day of December, 2006.

                                    MERRILL, HARRISON & ADAMS

                                    /s/Samuel L. Adams
                                    Samuel L. Adams (ADA017)
                                    Attorney for Plaintiff
                                    P.O. Box 1690
                                    Dothan, Alabama 36302
                                    (334) 792-0965
                                    (334) 794-6889 (FAX)

**CERTIFICATE OF SERVICE**

    This is to certify that on this 19th day of December, 2006, a true and correct copy of the foregoing was served

on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

Brandy R. Owens
400 North 20th Street
Birmingham, AL  35203

Rufus R. Smith, Jr.
P.O. Drawer 6629
Dothan, AL  36302

/s/Samuel L. Adams