IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

## JOINT STATUS REPORT

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. On December 19, 2006, this Court entered an Order requiring the parties to file a joint status report on or before February 6, 2007 and therein notify the Court of the status of the case.

2. The parties have been working diligently to select an arbitrator and one should be selected soon.

Respectfully submitted on the 6th day of February, 2007.

                                /s/Samuel L. Adams
                                Attorney for Plaintiff

OF COUNSEL:
Samuel L. Adams, Esq. (ADA017)
Attorney for Plaintiff
Merrill, Harrison & Adams
P. O. Box 1690
Dothan, AL 36302
(334)792-0965
(334)794-6889 (Facsimile)

                                /s/Brandy R. Owens
                                One of the Attorneys for Defendant

OF COUNSEL:
Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens, Esq. (OWE033)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
(205)581-0700
(205)581-0799 (Facsimile)