IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

**<u>JOINT STATUS REPORT</u>**

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. The parties last submitted a Joint Report on the Status of Arbitration on February 6, 2007.

2. Since that time, the parties have continued working together to select an arbitrator. The parties have selected Phillip E. Adams, Esq., a member of Adams, Umbach, Davidson & White, LLP in Opelika, Alabama to serve as the single arbitrator.

Respectfully submitted on the 6th day of March, 2007.

                                                /s/Samuel L. Adams  
                                                Attorney for Plaintiff

OF COUNSEL:  
Samuel L. Adams, Esq. (ADA017)  
Attorney for Plaintiff  
Merrill, Harrison & Adams  
P. O. Box 1690  
Dothan, AL 36302  
(334)792-0965  
(334)794-6889 (Facsimile)

                                                /s/Brandy R. Owens  
                                                One of the Attorneys for Defendant

OF COUNSEL:  
Michael L. Bell (BEL007)  
S. Andrew Kelly (KEL051)  
Brandy R. Owens, Esq. (OWE033)  
Lightfoot, Franklin & White, LLC  
The Clark Building  
400 North 20th Street  
Birmingham, AL 35203  
(205)581-0700  
(205)581-0799 (Facsimile)