**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 7, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Brascomb v. American Bankers Insurance Company of Florida**

**Case Number:   2:06-cv-01015-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8   filed on   March 6, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

**<u>JOINT STATUS REPORT</u>**

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. The parties last submitted a Joint Report on the Status of Arbitration on February 6, 2007.

2. Since that time, the parties have continued working together to select an arbitrator. The parties have selected Phillip E. Adams, Esq., a member of Adams, Umbach, Davidson & White, LLP in Opelika, Alabama to serve as the single arbitrator.

Respectfully submitted on the 6th day of March, 2007.

                                            /s/Samuel L. Adams  
                                            Attorney for Plaintiff

OF COUNSEL:  
Samuel L. Adams, Esq. (ADA017)  
Attorney for Plaintiff  
Merrill, Harrison & Adams  
P. O. Box 1690  
Dothan, AL  36302  
(334)792-0965  
(334)794-6889 (Facsimile)

                                            /s/Brandy R. Owens  
                                            One of the Attorneys for Defendant

OF COUNSEL:  
Michael L. Bell (BEL007)  
S. Andrew Kelly (KEL051)  
Brandy R. Owens, Esq. (OWE033)  
Lightfoot, Franklin & White, LLC  
The Clark Building  
400 North 20th Street  
Birmingham, AL  35203  
(205)581-0700  
(205)581-0799 (Facsimile)