IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

**JOINT STATUS REPORT**

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. The parties last submitted a Joint Report on the Status of Arbitration on March 6, 2007.

2. Since that time, the parties have contacted Phillip E. Adams, Esq., a member of Adams, Umbach, Davidson & White, LLP in Opelika, who has agreed to serve as the single arbitrator. The parties will keep the Court apprised of the status of the arbitration proceedings.

Respectfully submitted on the 3rd day of April, 2007.

/s/Samuel L. Adams
Attorney for Plaintiff

OF COUNSEL:
Samuel L. Adams, Esq. (ADA017)
Attorney for Plaintiff
Merrill, Harrison & Adams
P. O. Box 1690
Dothan, AL 36302
(334)792-0965
(334)794-6889 (Facsimile)

/s/Brandy R. Owens
One of the Attorneys for Defendant

OF COUNSEL:
Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens, Esq. (OWE033)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
(205)581-0700
(205)581-0799 (Facsimile)