IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | 2:06-cv-1015-MEF |
| | ) | |
| AMERICAN BANKERS INSURANCE | ) | |
| COMPANY OF FLORIDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:  Assurant, Inc.

　　　　　　　　　　　　　　　　　　　/s/ Brandy R. Owens
　　　　　　　　　　　　　　　　　One of the Attorneys for American Bankers
　　　　　　　　　　　　　　　　　　　Insurance Company of Florida

OF COUNSEL:
Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens (OWE033)
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of <u>April</u>, 2007, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Alabama using the CM/ECF system which will send notification to the following counsel of record.

Samuel L Adams, Esq.
Post Office Box 1690
Dothan, Alabama 36302

Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302

/s/ Brandy R. Owens
Of Counsel