IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

**JOINT STATUS REPORT**

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. The parties last submitted a Joint Report on the Status of Arbitration on May 1, 2007.

2. Since that time, the parties conducted a scheduling conference with the arbitrator, Phillip E. Adams, Esq. The arbitrator wrote a letter setting forth the schedule which will govern this arbitration. A copy of said letter is attached hereto as **Exhibit A**.

Respectfully submitted on the 5th day of June, 2007.

/s/Samuel L. Adams
Attorney for Plaintiff

OF COUNSEL:
Samuel L. Adams, Esq. (ADA017)
Attorney for Plaintiff
Merrill, Harrison & Adams
P. O. Box 1690
Dothan, AL  36302
(334)792-0965
(334)794-6889 (Facsimile)

/s/Brandy R. Owens
One of the Attorneys for Defendant

OF COUNSEL:
Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens, Esq. (OWE033)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL  35203
(205)581-0700
(205)581-0799 (Facsimile)

**ADAMS, UMBACH, DAVIDSON & WHITE, LLP**
*Law Offices and Mediation Center*
205 South 9th Street
Opelika, Alabama 36801

Phillip E. Adams, Jr.
Arnold W. Umbach, Jr.
Patrick C. Davidson
Matthew W. White
Blake L. Oliver
Michael E. Short
Christine B. Dean

Jacob A. Walker, Jr., Ret.

Email: padams@audwlaw.com
Direct Fax: (334) 749-3238

Mailing Address:
P.O. Box 2069
Opelika, AL 36803-2069

Tel. (334) 745-6466
Fax (334) 749-3238

May 1, 2007

Samuel L. Adams, Esq.
Merrill Harrison & Adams, P.C.
P. O. Box 1690
Dothan, AL 36302

Brandy R. Owens, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street N.
Birmingham, AL 35023

RE: *Mellonese Brascomb v. American Bankers Company of Florida*
    *The United States District Court 06-CV-1015MEF*

Dear Lawyers:

This letter will confirm our telephone conversation of May 1, 2007, wherein you requested that I serve as arbitrator in the above-referenced matter. We have agreed that the arbitration will be held in my office in Opelika commencing at 10:00 a.m. on Tuesday, October 16, 2007. I have reserved October 16 and October 17 for this arbitration. If either of you believe that the arbitration can be conducted in less time please let me know.

We agreed that limited discovery will be conducted. The plaintiff will be allowed to take the insurance adjuster's deposition and the defendant may take the deposition of the plaintiff and her daughter, Marilyn Ginn. We agreed that the depositions would be limited to three hours each unless special circumstances require an extension. Please let me know if there is a problem.

EXHIBIT A

Page Two
May 1, 2007

The plaintiff has identified Mike Bassell as an expert in the case. The plaintiff will identify such other experts on or before June 15 and will further make such Rule 26 disclosures as are required under the rule. The defendant will identify its experts on or before July 15, 2007.

The plaintiff and defendant will furnish each other all documents either of you expect to use at the hearing. The plaintiff's documents will be furnished on or before June 15, 2007, and the defendant's documents will be furnished on or before July 15, 2007.

I advised you that I use relaxed rules of evidence and will be fairly liberal with my rulings in terms of the admissibility of evidence at the hearing. However, I assign such weight to the testimony as I deem appropriate given its deviation from the strict rules of evidence.

My hourly rate for arbitrations is $225 per hour.

I sincerely appreciate your confidence in allowing me to serve as the arbitrator in this matter. Please don't hesitate to contact me should you have any questions.

With kindest regards, I remain,

                                      Yours very truly,

                                      PHILLIP E. ADAMS, JR.

rr