IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

## JOINT STATUS REPORT

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. The parties last submitted a Joint Report on the Status of Arbitration on June 5th, 2007.

2. Since that time, Plaintiff has complied with Arbitrator's deadline of June 15, 2007, to furnish all documents to Defendant.

Respectfully submitted on the 3rd day of July, 2007.

/s/Samuel L. Adams
Attorney for Plaintiff

OF COUNSEL:
Samuel L. Adams, Esq. (ADA017)
Attorney for Plaintiff
Merrill, Harrison & Adams
P. O. Box 1690
Dothan, AL  36302
(334)792-0965
(334)794-6889 (Facsimile)

/s/S. Andrew Kelly
One of the Attorneys for Defendant

OF COUNSEL:
Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens, Esq. (OWE033)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL  35203
(205)581-0700
(205)581-0799 (Facsimile)