IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

## NOTICE OF WITHDRAWAL

COMES NOW, Brandy R. Owens, and hereby gives notice of her withdrawal from this case as counsel of record for defendant American Bankers Insurance Company of Florida. Defendant will continue to be represented by the law firm of Lightfoot, Franklin & White, L.L.C. Please direct all future correspondence and pleadings accordingly.

/s/ Brandy R. Owens
Attorney for Defendant
American Bankers Insurance Company of Florida

OF COUNSEL:

Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens, Esq. (OWE033)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL  35203
(205)581-0700
(205)581-0799 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams, Esq.
P. O. Box 1690
Dothan, AL 36302

Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. & Associates
P. O. Box 6629
Dothan, AL 36302

/s/ Brandy R. Owens
OF COUNSEL