IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MELLONESE BRASCOMB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | **CASE NO: 2:06-cv-1015-MEF** |
| ) | |
| **AMERICAN BANKERS** ) | |
| **INSURANCE COMPANY OF** ) | |
| **FLORIDA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Mellonese Brascomb, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. This party is an individual and there are no entities to be reported.

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax: (334) 671-7957

**OF COUNSEL:**
Samuel L. Adams, Esq. (ADA017)
Attorney for Plaintiff
Merrill, Harrison & Adams
Post Office Box 1690
Dothan, Alabama 36302
(334) 792-0965
Fax: (334) 794-6889

## CERTIFICATE OF SERVICE

 I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage prepaid, addressed as follows on this the 5th day of July, 2007.

Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Brandy R. Owens (OWE033)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
Fax: (205) 581-0799

              /s/ Rufus R. Smith, Jr.
              Rufus R. Smith, Jr.
              Of Counsel for Plaintiff