IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELLONESE BRASCOMB, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.2:06-cv-1015-MEF |
| | * | |
| AMERICAN BANKERS | * | |
| INSURANCE COMPANY OF | * | |
| FLORIDA, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

**JOINT STATUS REPORT**

COME NOW the Plaintiff, Mellonese Brascomb, and the Defendant, American Bankers Insurance Company of Florida, and pursuant to the Court's Order, hereby submit this joint report on the status of arbitration:

1. The parties last submitted a Joint Report on the Status of Arbitration on September 3, 2007.

2. Since that time, no significant activity has taken place.

3. The arbitration in this matter is still scheduled to commence October 16, 2007.

Respectfully submitted on the 2nd day of October, 2007.

/s/Samuel L. Adams
Attorney for Plaintiff

OF COUNSEL:
Samuel L. Adams, Esq. (ADA017)
Attorney for Plaintiff
Merrill, Harrison & Adams
P. O. Box 1690
Dothan, AL  36302
(334)792-0965
(334)794-6889 (Facsimile)

/s/ S. Andrew Kelly
One of the Attorneys for Defendant

OF COUNSEL:
Michael L. Bell (BEL007)
S. Andrew Kelly (KEL051)
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL  35203
(205)581-0700
(205)581-0799 (Facsimile)