# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MELLONESE BRASCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06 CV 1015-MEF |
| AMERICAN BANKERS INSURANCE ) | |
| COMPANY OF FLORIDA, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Come now plaintiff and defendant, by and through their respective counsel, and hereby stipulate to the dismissal of any and all claims asserted by plaintiff against all defendants in this lawsuit, with prejudice, costs taxed as paid. A proposed Order for entry by the Court is attached.

_____
Attorneys for Plaintiff

OF COUNSEL:
Samuel L. Adams, Esq.
P. O. Box 1690
Dothan, AL 36302

/s/
_____
One of the Attorneys for Defendant
American Bankers Insurance Company Of Florida

OF COUNSEL:
Michael L. Bell (BELLM6182)
S. Andrew Kelly (KELLS3760)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)